AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| U.S. Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:11-cv-00563 (RJL) |
| International Business Machines Corporation ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

International Business Machines Corporation    .

Date:    03/29/2011                          /s/ Carl S. Rauh
                                            *Attorney's signature*

                                    Carl S. Rauh (D.C. Bar # 10454)
                                    *Printed name and bar number*
                                    Hogan Lovells US LLP
                                    555 13th Street, N.W.
                                    Washington, DC 20004

                                    *Address*

                                    carl.rauh@hoganlovells.com
                                    *E-mail address*

                                    (202) 637-5600
                                    *Telephone number*

                                    (202) 637-5910
                                    *FAX number*