AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| U.S. Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:11-cv-00563 (RJL) |
| International Business Machines Corporation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Securities and Exchange Commision .

Date: 04/08/2011

/s/ Kyle DeYoung
*Attorney's signature*

Kyle M. DeYoung (DC Bar 472613)
*Printed name and bar number*

U.S. Securities and Exchange Commission
100 F. Street N.E.
Washington DC 20549
*Address*

deyoungk@sec.gov
*E-mail address*

(202) 551-4466
*Telephone number*

(202) 772-9245
*FAX number*