UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>      v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION<br><br>           Defendant. | Civ. No. 1:11-cv-0563 (RJL) |

**INTERNATIONAL BUSINESS MACHINE CORPORATION'S
MOTION FOR CONTINUANCE**

Pursuant to Local Civil Rule 16.1, International Business Machine Corporation ("IBM") respectfully moves to continue the February 28, 2012, Status Conference scheduled by the Court. IBM's counsel is not available on the scheduled date. The Securities and Exchange Commission ("SEC") has been given notice of this application and consents to the requested change. Counsel for IBM and the SEC propose March 12, 2012, for the conference. In the event that March 12, 2012, conflicts with the Court's calendar, counsel for the parties are also available on March 13, 2012, and March

14, 2012. IBM respectfully requests that the Status Conference be continued to one of these alternative dates.

Dated: February 16, 2012

                CRAVATH, SWAINE & MOORE LLP

                by   /s/ Peter T. Barbur
                   Peter T. Barbur (admitted *pro hac vice*)
                      Member of the Firm

                Worldwide Plaza
                  825 Eighth Avenue
                    New York, NY 10019
                      (212) 474-1000

                HOGAN LOVELLS US LLP

                by   /s/ Carl S. Rauh
                        Carl S. Rauh
                      D.C. Bar No. 10454

                Columbia Square
                  555 Thirteenth Street
                    Washington, DC 20004
                      (202) 637-5600

                *Attorneys for Defendant International Business Machines Corporation*