**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

U.S. SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

      v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

      Defendant.

Civil Action No. 11-0563 (RJL)

## NOTICE OF APPEARANCE BY NOEL J. FRANCISCO

PLEASE TAKE NOTICE that Noel J. Francisco of Jones Day hereby enters his appearance as counsel on behalf of Defendant in the above-captioned case.

Respectfully submitted, this the 19th day of December, 2012.

/s/ Noel J. Francisco

Noel J. Francisco
D.C. Bar No. 464752
Email: njfrancisco@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel:  (202) 879-3939
Fax (202) 626-1700

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 19, 2012, a true and correct copy of the foregoing was electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              /s/ Noel J. Francisco
                                              Noel J. Francisco